CJF2.25.20
MG/CR: USAO 2020R00123

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

**UNITED STATES OF AMERICA**

**v.**

**ULYSSES MCMILLAN, and**
**CLAUDIO SANTOS,**

**Defendants**

CRIMINAL NO. *CCB-20-0104*

\*
\*        **(Assault Resulting in Serious Bodily**
\*        **Injury, 18 U.S.C. § 113(a)(6))**
\*
\*
\*

\*\*\*\*\*\*\*

## INDICTMENT

### COUNT ONE
### (Assault Resulting in Serious Bodily Injury)

The Grand Jury for the District of Maryland charges that:

On or around July 6, 2019, in the District of Maryland, the Defendants

### ULYSSES MCMILLAN, and
### CLAUDIO SANTOS

at a place within the special maritime and territorial jurisdiction of the United States, specifically,

the Federal Correctional Institution at Cumberland in Allegany County, Maryland, did assault the

person of W.L., with that assault resulting in serious bodily injury to that person, in violation of

Title 18, United States Code, Section 113(a)(6).

_Robert K. Hur/MG_

ROBERT K. HUR
UNITED STATES ATTORNEY

A TRUE BILL:

**SIGNATURE REDACTED**

FOREPERSON

03/11/2020
DATE